# Court of Appeals
# of the State of Georgia

ATLANTA,  August 13, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2023. FRANCISCO MELENDEZ v. THE STATE.**

Francisco Melendez was convicted of armed robbery in 2007. We affirmed Melendez's conviction on direct appeal. See *Melendez v. State*, 291 Ga. App. 402 (662 SE2d 183) (2008). Melendez subsequently filed a motion to vacate his sentence, which the trial court denied on March 29, 2018. Melendez filed his notice of appeal on May 7, 2018. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Melendez filed his notice of appeal 39 days after entry of the trial court's order, his appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/13/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*